DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFEY SIMON** and **TZIPORA SIMON,**
Appellant,

v.

**BANK OF AMERICA, N.A.,** et al.
Appellee.

No. 4D22-1710

[May 18, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 19-5859 (11).

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Roland E. Schwartz of GrayRobinson, P.A., Fort Lauderdale, and Kristie Hatcher-Bolin of GrayRobinson, P.A., Lakeland, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***